**Opinion issued June 28, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-12-00191-CV**

————————————

**ADRIENNE GILMORE, Appellant**

**V.**

**SANTA FE AUTO INSURANCE COMPANY, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-14032**

---

**MEMORANDUM OPINION**

Appellant has filed a motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.